# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BANKS, | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| v. | ) Case No. 2:14-cv-01260-KOB-JHE |
| | ) |
| S. DEAN and THERESE KENNEDY, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 1, 2015, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 23).  The plaintiff filed objections to the report and recommendation on July 22, 2015.  (Doc. 28).

In his objections, the plaintiff merely repeats his assertions that the defendants violated his constitutional rights without sufficient factual allegations to show that he is entitled to relief.  (Doc. 28 at 1-2).  Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the plaintiff's objections, the court finds  that the magistrate judge's report is due to be and is hereby **ADOPTED**  and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. §

1915A(b)(1) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DONE and ORDERED** this 3rd day of August, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE